Stanley Goff, Bar No. 289564
15 Boardman Place Suite 2
San Francisco, CA 94103
Tel: (415) 571-9570
Email: scraiggoff@aol.com

FULVIO F. CAJINA (SBN 289126)
528 Grand Avenue
Oakland, CA 94610
Tel: (415) 601-0779
Fax: (510) 225-2636
Email: fulvio@cajinalaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE WILSON and DAJON SMITH,<br><br>Plaintiffs<br><br>v.<br><br>CITY OF ANTIOCH, DEVON WENGER, ERIC ALLEN ROMBOUGH, MORTEZA AMIRI, and DOES 1-50<br><br>Defendants. | Case No. 3:24-cv-02758<br><br>**FIRST AMENDED COMPLAINT FOR DAMAGES**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs, demanding a jury trial, brings this action against Defendant City of ANTIOCH, Defendant DEVON WENGER, Defendant Eric Allen ROMBOUGH, Defendant Morteza AMIRI, and DOES 1-50, inclusive, for general, consequential, compensatory, punitive and statutory damages, costs and attorneys' fees resulting from defendants' unconstitutional and tortious conduct, and as grounds therefore allege as follows:

## **I.PARTIES**

1.   Plaintiff JESSIE WILSON was at all times relevant to this complaint, living within the Northern District of California. WILSON is African American.

2.   Plaintiff DAJON SMITH was at all times relevant to this complaint, living within the Northern District of California.  SMITH is African American.

3.   Defendant City of ANTIOCH is a municipal corporation, duly organized and existing under the laws of the State of California and is the employer of the Chief of Police of the Antioch Police Department, and of the to-be-identified individual officers, sergeants, and employees who carried out the acts and omissions complained of herein.

4.   At all material times, the City of ANTIOCH was responsible for supervising, enacting, and enforcing ANTIOCH POLICE DEPARTMENT (APD) conduct, policies, and practices; the absence of needed policies and practices; and for the hiring, retention, supervision, and training of employees and agents of APD.

5.   Defendant DEVON WENGER was employed as a police officer for the City of Antioch at the time of the incident in question. This Defendant is being sued in his individual capacity.

6.   Defendant ERIC ALLEN ROMBOUGH was employed as a police officer for the City of Antioch at the time of the incident in question. This Defendant is being sued in his/her individual capacity.

7.   Defendant MORTEZA AMIRI was employed as a police officer for the City of Antioch at the time of the incident in question. This Defendant is being sued in his/her individual capacity.

8.   The true names and capacities, whether individual, corporate, associate or otherwise, of defendants Does 1 through 50 inclusive, are unknown to the plaintiffs, who therefore sue said defendants by such fictitious names. Defendants DOES 1 through 50, and each of them, were responsible in some manner for the injuries and damages alleged herein. Plaintiffs are informed and believe and thereupon alleges that each of them is responsible for the injuries and damages alleged herein. These DOES 1-50 will be named as defendants in this action once their identities are ascertained, and they are being sued in their individual capacities.

9.   All defendants acted under the color of law as it pertains to this complaint.


## II. JURISDICTION AND VENUE

10. This action is brought pursuant to 42 U.S.C. §§ 1983, 1988 and 12132 and the Fourth and Fourteenth Amendments to the United States Constitution, made applicable to Defendants through the Fourteenth Amendment to the United States Constitution. This Court has jurisdiction over plaintiffs' claims under 28 U.S.C. § 1331 and 28 U.S.C. § 1343(a). This Court also has pendent jurisdiction regarding all state claims.

11. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because the events giving rise to this action occurred in Contra Costa County, which is in the Northern District.


## III. STATEMENT OF FACTS

12. While employed at APD, Defendants AMIRI, ROMBOUGH, and WENGER ("Defendants") conspired and agreed together and with each other, and with others unknown at this time to injure, oppress, threaten, and intimidate residents of Antioch, California in the free exercise and enjoyment of rights secured to them by the Constitution or laws of the United States. They specifically made racist and demeaning statements about African American residents of Antioch. Defendants AMIRI, ROMBOUGH, and WENGER intentionally and with malice engaged in the willful use of unreasonable force, and purposefully denied equal protection under the law, to residents of the city they were entrusted to protect.

### A. *Agreement and Encouragement*

13. On or about August 17, 2023, the Department of Justice together with the Federal Bureau of Investigation announced as series of criminal indictments against, among others, Defendants DEVON WENGER, ERIC ALLEN ROMBOUGH, and MORTEZA AMIRI for conspiracy to violate civil rights. Specifically, Defendants WENGER, ROMBOUGH and AMIRI would agree and conspire to use excessive force on residents of the City of Antioch as part of a game, which included the deployment of a police canine named "Purcy" by AMIRI and the use of a 40 mm less lethal launcher by ROMBOUGH. As part of the scheme to violate civil rights, which was made public only upon the filing of the above indictments, and which was unknown to Plaintiffs until then, Defendants communicated with one another and with others unknown about their actual and intended uses of force, including about specific violent acts that constituted excessive uses of force by a police officer against individuals in and around Antioch.

14. As a further part of the scheme, Defendants agreed with one another and with others unknown to carry out such violent acts against individuals in and around Antioch even where the force was excessive, knowing that certain of their actions were excessive uses of force by a police officer, including in the communications identified in this complaint.

15. Additionally, Defendants WENGER, ROMBOUGH and AMIRI purposefully and intentionally targeted minorities, especially African American males, as part of their use of excessive force. For example, these Defendants would routinely employ racist language when referring to African American community members, including referring to such individuals as "Gorillas" and discussing wanting to beat an African American suspect's "black ass."

### B. *Collecting Trophies and Touting Deployments*

16. As part of the scheme to violate civil rights, Defendants communicated with each other and with unknown after specific deployments of excessive force and touted their applications of force, including in the communications identified in this complaint.

17.  As a further part of the scheme, after each canine deployment of K9 Purcy, AMIRI captured photographs and videos of each subject's injuries from the corresponding dog bite. While APD required official documentation of injuries from such uses of force, AMIRI captured additional photographs and shared them on his personal cell phone with individuals and officers not involved with the incident, contrary to APD policy.  For example, following a deployment of K9 Purcy to bite a subject on December 19, 2019, AMIRI stated: "I'm gonna take more gory pics. gory pics are for personal stuff. cleaned up pics for the case 😂😂".

18. After each bite, AMIRI also messaged multiple recipients from his personal cell phone, including in some instances ROMBOUGH and WENGER, about the bite, often with a consecutive number memorializing the number of dog bites he had accumulated up to that point (for instance, "bite #1", "#2", "just got #3", "#4 on fire rn.. lol", "#5 this morning", "Purcy #6", etc., through "#28") along with photographs and/or videos of each subject's injuries, contrary to APD policy.

19. As a further part of the scheme, after ROMBOUGH's deployment of the 40mm less lethal launcher, he likewise secured photographs of the subject's injuries.  While APD again required official documentation of such injuries, ROMBOUGH shared photographs of the injuries on his personal cell phone with officers who were not otherwise involved with the incident and other individuals in and around Antioch, contrary to APD policy.

20. Likewise, WENGER would also use excessive force on residents of the City of Antioch, including through the use of physical force.

21. ROMBOUGH also collected the spent 40mm munitions following each deployment and, instead of disposing or processing them, kept them for himself.  ROMBOUGH collected the spent munitions to create a display; specifically, he told others at APD that he was collecting munitions for "the mantle" and creating a trophy "flag," that is, in which the munitions were used among the stars and stripes to commemorate his 40mm deployments.

22. As a further part of the scheme, Defendants deployed uses of force as "punishment" to subjects beyond any punishment appropriately imposed by the criminal justice system, and/or

made repeated reference to or suggestion of "violating civil rights", including in the communications identified in this complaint.

23. Upon information and belief, command staff at APD was aware of WENGER, ROMBOUGH and AMARI's routine use of excessive force on Antioch residents and of ROMBOUFG and AMARI's gamification of their use of excessive force utilizing the police K9 and 40mm launcher. Further, upon information and belief, command staff at APD would assist all three individual Defendants to write police reports in connection with the above incidents to avoid criminal liability.

24. At all times relevant hereto, all APD officers, including Defendants, had a duty to intervene to prevent the use of excessive of force by APD officers against others.

## C. _Concealments to Further Perpetuate the Scheme_

25. As a further part of the scheme to violate civil rights and to target minorities, including African Americans, Defendants also concealed and hid, and caused to be concealed and hidden, the acts done and the purpose of the acts done in furtherance of the scheme, including to further perpetuate the scheme.  These concealments included:

    a.  After each of their involvement in incidents involving uses of force, Defendants authored police reports containing false and misleading statements to suggest that the force they used was necessary or justifiable.  In truth and in fact, and as Defendants well knew, Defendants willfully used excessive force in numerous incidents, including those identified in this complaint.

    b.  Upon learning of each other's participation in incidents involving violent acts that constituted excessive uses of force, including as identified in this complaint, Defendants declined to intercede and/or report the incidents to APD superiors, including as required by APD policies.  Instead, Defendants encouraged one another to continue the scheme to deprive the individuals in and around Antioch

of their constitutional rights.

    c.   Moreover, to the extent that any ADP superiors were aware, or had reasonable suspicion to believe that Defendants, each of them, were systematically violating civil rights, said ADP superiors worked with Defendants to ensure that they would escape discipline and accountability. Said efforts including ADP superiors turning a blind eye to Defendants obvious and repeated uses of excessive force; manipulating charges so that Defendants could avoid accountability; and APD superior assisting Defendants in report-writing so as to conceal Defendants' actions.

### D.  *Agreement to Use Force*

26. Beginning in or about 2019, Defendants discussed with one another their plans and intentions to deploy force against, and inflict harm upon, individuals in and around Antioch, including through excessive uses of force.  Such communications include those set forth below and elsewhere in this complaint.

27. For instance, AMIRI and ROMBOUGH exchanged the following messages on February 12, 2019 about "fuck[ing] some people up" and "hopefully get[ing] [AMIRI] a bite":

ROMBOUGH: Yeah buddy we gonna fuck some people up […]
I'll roll with u and Percy […]  Didn't know if  You were already there
AMIRI: LOL! no i was planning on enjoying the day off but fuck them for fucking with [an officer]
ROMBOUGH: Me too and exactly I'm gonna fuck someone up and hopefully get you a bite
AMIRI:  exactly!  blood for blood

28. As an additional example, AMIRI, ROMBOUGH, and WENGER exchanged the

following messages on April 21, 2019 about an individual in Antioch:

>WENGER: Please find this guys and fuck him in the ass
>
>ROMBOUGH: Deal
>
>WENGER: [IMG_0897, a screenshot of identification records] He's the fuck face that ran. Wants are 108 and 28001
>
>AMIRI: ill bite em

29. As an additional example, AMIRI and ROMBOUGH exchanged the following messages on December 27, 2019 about an individual in Antioch:

>AMIRI: wtf happened?!
>
>ROMBOUGH: lol with what?
>
>AMIRI: [an officer]
>
>ROMBOUGH: Oh lol 832 with a vehicle on fire, found the suspect walking and had a gun on him
>
>AMIRI: he beat his ass?
>
>ROMBOUGH: I don't think so Just dumped him
>
>AMIRI: 😁😁 You and i would have broke him lol
>
>ROMBOUGH: Hell yeah and got bit

30. As an additional example, AMIRI and ROMBOUGH exchanged the following messages on February 24, 2020 about African Americans in and around Antioch:

>AMIRI: sorry for the delay bro. had a mess on sycamore i was cleaning. copy just read it all
>
>ROMBOUGH: Lol what did you get? Gorillas

AMIRI: basically 😑😑😑😑😑

ROMBOUGH: Lmao Dog bite

AMIRI: no they didn't push it that far. bunch of gorillas surrounding us and taunting a fight since we were hooking [a subject]. they were all pussies and didn't do shit. i wish they did

ROMBOUGH: I can shoot a few on Sunday I better be riding with you turd

31. As an additional example, AMIRI and ROMBOUGH exchanged the following messages on March 21, 2020 about an individual in Antioch:

AMIRI: surprised you didn't use force on the bank burglar!

ROMBOUGH: We didn't get him  I couldn't bro he gave up

AMIRI: would it have been a bite if i was there or did he immediately coward up?

ROMBOUGH: He sprawled out but if you were there we would have gotten u a bite

AMIRI: 😑😑😑😑😑😑 they need to request me back on patrol since we are code red and y'all could use me I'm so annoyed

32. As an additional example, AMIRI and ROMBOUGH exchanged the following messages on November 26, 2021, about using the K9 to bite an African American's throat in Antioch:

ROMBOUGH: Nice stop on the "211"3 turd

AMIRI: thanks bro. throat bite

ROMBOUGH: Lmao fucking perfect

AMIRI: don't share  [Photograph from body-worn camera video]

ROMBOUGH: […]  I won't  Going for the jugular

AMIRI: imagine fat ass purcy on your fucking throat 😂😂

ROMBOUGH: That's perfect I love it

AMIRI: i shit myself when i saw that. i thought he was gonna kill her

ROMBOUGH: Oh well one less gorilla pro-curating  [Image of smiling gorilla with lips making kissing face]

AMIRI: lmao!

ROMBOUGH: Stay safe bro.

33. At about 1:45 a.m. on July 24, 2019, A.A. an Antioch resident, rode a bicycle along San Jose Drive in Antioch. AMIRI initiated a traffic enforcement stop of A.A., specifying later that A.A. 's bicycle failed to have lights on while it was dark outside. AMIRI ultimately exited his patrol vehicle and ordered A.A. to stop.

34. In the course of apprehending A.A., AMIRI punched him multiple times; K9 Purcy then bit A.A. in into A.A. injuring him.  Officer-I, a police officer from a neighboring police department and AMIRI's roommate, was present during this incident in AMIRI's vehicle. AMIRI had scheduled a "ride-along" for DOE Officer-I a day earlier. AMIRI sent numerous individuals a description of the bite and/or photographs of the bite after the incident.

35. For instance, minutes after the bite, at about 1 59 a.m., AMIRI sent a photograph from the incident to DOE Officer-I, who responded "Haha".

36. Less than an hour after the incident, at about 2:41 a.m., AMIRI sent two photographs from the incident to ROMBOUGH. ROMBOUGH replied, "Yeah buddy good boy purcy". ROMBOUGH later wrote to AMIRI, "Lol you bit [A.A.]" and "Fuck that turd" at about 4:12 p.m.

37. At about 5:03 a.m. on July 24, AMIRI sent the following messages to DOE Officer-2:

AMIRI: [DOE Officer-I] helped me get a bike on a ride along just now lol *bite

i took an SUV since he can't fit in my car and i don't have a door pop for this car so he opened my door and sent purcy in for a bite

DOE Officer-2: Lol nice.

38. At about 8:17 a.m., AMIRI sent DOE Officer-3, a police officer from a neighboring police department, "Purcy #6 …" and a photograph from the incident, and stated the following:

AMIRI: this one was different... i had a lateral ride along (my roommate) and i was driving someone else's car so my door pop wasn't matched up... sooo i had my ride along open my door 😂😂  i did not mention that in the report

DOE Officer-3: Wow lol

AMIRI: hey we made it work lo 😂😂

DOE Officer-3: Nice good job What cut the dogs face?

AMIRI: that's a piece of the suspect's flesh lol

39. Shortly thereafter, at about 9:14 a.m., AMIRI exchanged the following messages with his roommate, Officer-1, remarking that the incident was a "weak ass 69" and "stretch of a 69" in reference to California Penal Code 69 (resisting an officer) and explaining how he would get out of "go[ing] to court for the bite":

AMIRI: bro that's was badass. Thanks for your help. You got to see purcy in action lol. That was a weak ass 69 but the bosses were cool with it. Detectives already called PRCS and got him a 45 day violation and we are gonna leave it at that so i don't have to go to court for the bite. easy

DOE Officer-1: Hahaha anytime !! That was cool..I wanted to help but you know how that goes lol….that's good saves you hella shit having to go through

AMIRI: right! yea it wasn't even really a fight and more of just a resisting and making it a stretch of a 69 lol. I'm sure if he started kicking my ass you'd jump in

40. Following this incident, AMIRI authored a police report that differed from the description AMIRI privately provided to others in his text messages, including that the report made no reference to Officer-1's participation in the deployment of K9 Purcy.

41. On December 19, 2019, APD officers initiated a traffic stop on a car associated with R.S., an Antioch resident who was wanted in connection with five armed robberies. After the car fled, officers tracked it to a housing development. R.S. fled into the housing complex, where he fell face-first on some wet grass, got up, and fell again. As officers-including AMIRI and DOE Officer-4--converged on R.S., and with two officers within five feet of R.S., AMIRI's K9 Purcy bit R.S. while he was in a prone position on the ground, injuring him.

42. After the incident, AMIRI sent numerous individuals photographs, a video, and/or a description of the bite.

43. At 4:30 p.m., AMIRI exchanged the following messages with another APD officer, DOE Officer-5:

AMIRI: bro you see that armpit?

DOE Officer-5: Lol for sure did . Good shit

AMIRI: i did something different this time that i think might have helped as purcy was on the bite i pulled his harness which i think helped with the bite Yeah that will lock him in for sure. Makes them bite down more

44. Later that day, at 7:13 p.m., AMIRI and ROMBOUGH had the following text exchange about R.S. being "proned out" and "give[n] up" when he was bit:

ROMBOUGH:  Fuck I just want to punch the shit out of someone lol AMIRI: do it bro

ROMBOUGH: Don't have my road dog out here

AMIRI: the guy i bit today was proned out. no fucks given. you don't take us on a high speed and rob people and gun point and crash into cars during a foot bail and just give

up... bite on

ROMBOUGH: Lol agreed

AMIRI: I hate not having you on the streets with me

ROMBOUGH: i know bro. not even the same

45. The next day, on December 20, 2019 at about 8:57 a.m., AMIRI exchanged text messages with DOE Officer-6, a police officer at a neighboring police department.  AMIRI sent photographs and a video, requesting he "don't share the video lol" and referring to the bite as "the real punishment compared to the soft DA" (District Attorney):

AMIRI: armed robbery with a pursuit to a foot bail to a bite

DOE Officer-6: Nice work! Damn Purcy likes going for the armpit, looks so painful lol

AMIRI: haha yea idk what's with the armpit bites lol don't share the

video.. lol

DOE Officer-6: I don't share anything lol not even the pics bro! It's good that even

though the laws don't keep them in jail they still get fucked up by the dog

AMIRI: haha i know right. i feel like this is the real punishment compared to the soft

DA

46. Following this incident, AMIRI authored a police report that differed from the description AMIRI privately provided to others in his text messages.

47. On May 6, 2020, APD officers, including AMIRI and ROMBOUGH, planned an operation to arrest wanted individuals in Antioch, including X.B. who was a resident of Antioch.

48.  At about 8:35 a.m., AMIRI and DOE Officer-5 exchanged the following messages:

AMIRI: yea [X.B.] was trying to take it down last night

Officer-5: [X.B.] needs to get his ass whooped too

AMIRI: they are planning an [X.B.] ass whooping today

DOE Officer-5: Lol good

49. AMIRI and ROMBOUGH rode together during this operation, as they described in text messages at about 10:19 a.m.:

ROMBOUGH: Riding with u turd

MIRI: Loved "Riding with u turd"

50. At about 11:20 a.m., AMIRI's K9 Purcy bit X.B. and ROMBOUGH assisted with X.B.'s arrest.  After the arrest, AMIRI sent numerous individuals photographs, a video, and/or a description of the bite.  At about 1:38 pm AMIRI and WENGER exchanged the following text messages:

WENGER: Pics of [X.B.] please my dude!!! That bitch […] has talked so much shit to me! Thank you for biting that piece of shit!

WENGER: You're my hero

51. The next day, on May 7, 2020 at about 6:50 am, AMIRI wrote to ROMBOUGH "bro yesterday was sooooo fun".  ROMBOUGH "liked" AMIRI's message.  They then exchanged the following messages at about 7:10 am:

AMIRI: can't believe [X.B.].... his bitch ass is still at county tell your wifey to have him discharged

ROMBOUGH: Lmao fuck that hopefully he dies

52. On May 11, 2020, AMIRI sent a video excerpt showing K9 Purcy's bite of X.B. to ROMBOUGH.  ROMBOUGH responded "Lol love it".

53. On August 21, 2020 at about 11:23 p.m., AMIRI and WENGER assisted Agency-1 with the pursuit of a subject.  AMIRI deployed K9 Purcy to bite the subject.  About an hour later, at about 12:35 a.m., AMIRI exchanged the following text messages with WENGER:

> AMIRI: if [Agency-1] didn't have all those body cams and that was us… we would have fucked him up more. He didn't get what he deserved
>
> WENGER: I agree That's why I don't like body cams
>
> AMIRI: Emphasized "That's why I don't like body cams"

54. WENGER later sent the following messages at about 6:25 p.m. on August 22, 2020:

> WENGER: We need to get into something tonight bro!! Lets go 3 nights in a row dog bite!!!
>
> AMIRI: Emphasized "We need to get into something tonight bro!! Lets go 3 nights in a row dog bite!!!"
>
> WENGER: Lets get faggot ass [a lieutenant] something to stress out about lol

55. At about 6:50 p.m., APD officers—including AMIRI and WENGER—conducted a vehicle stop of another subject in Antioch, in which the subject was pulled from the vehicle and taken to the ground.  At about 7:06 p.m., AMIRI sent the following text message to WENGER, followed by a photograph of the subject with injuries several hours later: "hahaha. [the subject] style".

56. On August 23, 2020, officers from a neighboring agency Agency-2 initiated a traffic stop of a vehicle containing a subject, later identified as D.R., that led them on a chase to a transient encampment.  After D.R. entered the encampment, the officers formed a perimeter.  At

about 7:25 p.m., AMIRI was dispatched to assist with apprehending D.R., known to him as a "car thief."  K9 Purcy located D.R. in a tent and bit him in the back, injuring him.

57. After the incident, AMIRI sent numerous individuals photographs, a video, and/or a description of the bite. At about 8:47 p.m. that day, AMIRI sent WENGER multiple images of D.R. and his injuries, in which the following text messages were exchange:

WENGER: Home boy got lumped up!!!! Hahahah The [ a c01poral] special And the morty special

AMIRI: bro we saw him laying in bed just acting like he was asleep. i walked out the tent and game planned how to fuck him up. went back and did justice. wish you were there. inside a tent with no cams ... you would have loved it. Agency-2] agreed to keep cameras off

WENGER:  Bro ... fuuuuuuck yes!!! Fuck that nerd!! That's what fucking happens when you nm, you acquire a tax. His tax was paid properly! Good shit bro

58. The conversation continued on August 24, 2020 at about 11 :26 a.m., with AMIRI sending WENGER eight images of multiple subjects with injures, including D.R.:

AMIRI: a very eventful work week @@

WENGER: Hahahah FUCK YEAH BRO

AMIRI: let's fuck some people up next work week

WENGER: Bro Fuck the mother fucking yes

AMIRI: Loved "Fuck the mother fucking yes"

WENGER:     Bite some nerds and crush some dweebs bro!

AMIRI: hell yea bro. ill find some shit. ill write it. just come over and crush some skulls alongside purcy. ill handle the rest lol

59. The day following the arrest of D.R. at about 1:12 p.m., AMIRI sent images of D.R.'s injuries to ROMBOUGH during the following text message exchange:

AMIRI:          nice gun arrest turd

ROMBOUGH:          Turd

AMIRI:          you beat his ass? Emphasized "you beat his ass?"

ROMBOUGH:          Taser

AMIRI:          what about an ass whoopin? [IMG_2619; IMG_2617; IMG_2615]

ROMBOUGH:          Brah lol

AMIRI:          Laughed at "Brah lol" Hahaha

60. Following this incident, AMIRI authored a police report that differed from the description AMIRI privately provided to others in his text messages.

61. On October 8, 2020 at about 6:41 a.m., AMIRI messaged ROMBOUGH, "tell [Agency-3] to keep their cams off".

62. Later that day at about 8:06 p.m., AMIRI sent text messages on his personal cell phone to on-duty APD officers about M.Z., a transient individual in Antioch.  AMIRI wrote the following to the on-duty officers in a group text, including WENGER, DOES Officer-7, and Officer-8, accompanied with photographs of M.Z.:

AMIRI: [M.Z.] anyone that finds him gets code. this fucker stole my mail and was trying to open accounts under my name.

63. Among responses in the group text, WENGER responded at about 8:12 p.m.:

WENGER:          Lets beat his fucking ass bro! I'm down after work morty

64. WENGER immediately then directly text messaged AMIRI:

WENGER:     I'm serious bro, let's beat that dudes ass after work

AMIRI:         !!!!

65. At about 9:48 p.m., DOES Officer-7 and Officer-8 located M.Z. in Antioch, who was riding a bicycle in a parking lot.  Minutes later, AMIRI arrived in a police car and exited it, confronting M.Z. by shoving him against the wall in a parking lot, pressing a baton against his chest while holding another object or weapon in his other hand, and threatening to kill him.

66. At about 10:12 p.m., AMIRI sent the following message to the same group text:

AMIRI: DOES [Officer-7] and [Officer-8] won the bounty on [M.Z.]

67. Following this incident, AMIRI failed to author any police report about the encounter.

68. Several months later, on January 25, 2021, AMIRI exchanged the following messages with DOE Officer-9, an officer at a neighboring police department:

AMIRI: who arrested [M.Z]? […] that fucker stole my mail

DOE Officer-9: […] Ohhhh

AMIRI: few months ago. i tracked him down and dragged him to the back of a car to "discuss" the matter

DOE Officer-9: Yikes  "Officer [Officer-9] how long did you know Officer Amiri and in the course of your friendship did you ever know him to act under color of authority "

AMIRI: lol putting a pistol in someone's mouth and telling them to stop stealing isn't illegal... it's an act of public service to prevent further victims of crimes

69. On October 10, 2020, ROMBOUGH described violating civil rights to other APD officers in relation to his police work and use of the 40mm less lethal launcher, including DOES Officer-1, Officer-10, Officer-11, and others:

DOE Officer-11: You guys have a game plan?

ROMBOUGH: Violate rights forty people and catch turds

70. On November 11, 2020, ROMBOUGH again referenced the violation of civil rights in messages to other APD officers, including DOES Officer-1, Officer-10, Officer-12, and others:

DOE Officer-10: I'm on my way in now, what're you guys up to?

ROMBOUGH: Violating civil rights

71. On February 8, 2021, AMIRI and ROMBOUGH exchanged the following messages about deploying the 40mm less lethal launcher in upcoming operations:

AMIRI: Jk see u in the am homie […] we gotta arrest errrbody

ROMBOUGH: Yup fuck them including [an individual]

AMIRI: [Wife] says she will purchase you a box of cookies if you 40 him

ROMBOUGH:  Done I'll 40 a few people this week

AMIRI:  lmao good […] she wanted to encourage you to 40 him but then the crowd threw her off 😂😂

ROMBOUGH:  lol I'll send her a pic

72. The next day, on February 9, 2021 at about 6:30 a.m., APD officers executed a search warrant at a residence in Antioch.  While inside the residence, ROMBOUGH and

Officer-4 identified R.C. outside a sliding door.  ROMBOUGH deployed the 40mm less lethal launcher at R.C., injuring him in the lower back area.  ROMBOUGH and other APD officers had previously received instruction during annual training that this area was a "potentially lethal" area of the body to avoid deploying the 40mm.

73. After the incident at about 8:48 a.m., ROMBOUGH sent numerous individuals photographs of the injury, including DOE Officer-13, stating "And another one got 40d".

74. At about 8:54 a.m., ROMBOUGH exchanged the following messages with DOE Officer-13:

DOE Officer-13:  Good job on that one!

ROMBOUGH: Bro so much fun

75. One day later, on February 10, 2021 after conducting another operation in Antioch in which APD officers did not deploy a canine or 40mm less lethal launcher, AMIRI and ROMBOUGH exchanged the following messages:

ROMBOUGH: I'm so mad bro Fuck this please don't use a 40 shit

AMIRI: he deserved a 40. why didn't they let me dog bite him? fucker threw a gun

ROMBOUGH: Tell me about it I'm so fucking pissed off

AMIRI: Questioned "why didn't they let me dog bite him? fucker threw a gun"

ROMBOUGH: I didn't know man. Probably didn't like the optics.  […] I seriously want to beat his black ass.

76. The next month, ROMBOUGH had multiple conversations about making progress on a trophy "flag", that is, in which he collected spent 40mm munitions and would use them among the stars and stripes of the flag to commemorate his 40mm deployments on individuals in and around Antioch.  For instance, on March 5, 2021, ROMBOUGH exchanged messages

with Officer-13 about events the prior day in which ROMBOUGH "had the forty" and someone "almost got plugged", stating "It's been fun":

> DOE Officer-13:  We just have to find a way to finish your flag!!!
> ROMBOUGH: I know challenge accepted.

77. Likewise, following his 40mm deployments on two subjects on the same day, March 31, 2021, ROMBOUGH exchanged messages with DOE Officer-14, who served as law enforcement with another agency, about "taking down a second [] suspect and he got 40d too":

> DOE Officer-14:  🤣 That 40 flag is coming along!! Murica!!
> ROMBOUGH: Liked "That 40 flag is coming along!!  Murica!!"

78. On April 14, 2021 at about 10:47 a.m., ROMBOUGH and AMIRI exchanged the following messages:

> ROMBOUGH: This training makes me want to smoke someone
> AMIRI: lmao typical rambo
> ROMBOUGH: Maybe tomorrow lol Or at least 40d

79. Several weeks later, on May 5, 2021 at about 10:22 a.m., APD officers—including ROMBOUGH—responded to a report that transients were living inside a privately-owned unit. While responding, ROMBOUGH and DOE Officer-10 located L.R. and another female individual laying on a bed inside a room.  ROMBOUGH deployed the 40mm less lethal launcher at L.R., injuring L.R. in the chest and knocking him off the bed.  ROMBOUGH and other APD officers had previously received instruction during annual training that this area was a "potentially lethal" area of the body to avoid deploying the 40mm.

80. Following this incident, ROMBOUGH authored a police report that differed from the accounts that other APD officers later provided.  ROMBOUGH later stated that he deployed the 40mm less lethal launcher because L.R. was refusing commands and pretending to be asleep while a liquor bottle was next to him.

81. At about 1:40 p.m. that day, AMIRI sent a video captured from Instagram captioned "Officer damages private property while executing a search warrant" of an unknown uniformed police officer looking around, then repeatedly slamming a door into the side of a car parked inside of a private garage to ROMBOUGH, with the message "you 😂😂" at about 1:41 p.m.; ROMBOUGH responded "Lmao".

82. AMIRI also sent the same video to DOE Officer-1, and their exchange followed:

AMIRI: why do i think of rombough when i see this? 😂😂 [video]

Officer-1: Bro a 100% 😂😂😂😂😂😂😂😂😂😂😂😂😂 He 40'd another person today

AMIRI: 😳😳 deserved?

DOE Officer-1: No 😂😂

AMIRI: jesus lol

DOE Officer-1: Bro we just shook our heads like wtf .. we assisted patrol on a 6026

AMIRI: 😳😳 no way lol did he at least sit on the dude?

DOE Officer-1: It was stupid I know the patrol guys really didn't want any paperwork out of it

83. Despite AMIRI's conversation with Officer-1 about L.R. not "deserving" getting shot by ROMBOUGH with a 40mm less lethal launcher, the next day, on May 6, 2021 at about 1:56 p.m., AMIRI sent ROMBOUGH a screenshot of another conversation containing a photograph of the two officers and AMIRI's subsequent commentary about "true love".

84. Less than two weeks later, on May 14, 2021, in reference to the potential deployment of the 40mm less lethal launcher at another individual, ROMBOUGH stated "Lmao

add him to the mantle".

85. The next month, ROMBOUGH and AMIRI exchanged the following messages on June 13, 2021, referencing "dog bite and 40 deployment":

ROMBOUGH: You working?

AMIRI: yea  40 mins until the weekend

ROMBOUGH: It's your Friday right? Copy until u come in on Tuesday

AMIRI: lol yea

ROMBOUGH: Yeh buddy dog bite and 40 deployment

AMIRI: Loved "Yeh buddy dog bite and 40 deployment"

86. On July 27, 2021, AMIRI sent ROMBOUGH a screenshot of an email from APD leadership stating "the new BWC [body-worn camera] and MVAR policies are effective immediately, and the use of these devices should start at the beginning of the next scheduled shift."  The next day, ROMBOUGH stated "Yeah over it bro" and "Can't wait to retire". AMIRI responded, "over it lmao".

87. On August 5, 2021, AMIRI and ROMBOUGH exchanged the following messages:

AMIRI: but do me a solid. don't face me and record my coo sniffs on bwc. it will open the door for defense to criticize the alert. my angle doesn't get it all [. . .]

ROMBOUGH: I got you. I'll Position myself a little diff next time. I didn't want you to get ran over by him. I was gonna smoke him

88. On August 24, 2021: ROMBOUGH Deploys 40mm Less Lethal Launcher at Plaintiff Jessie Wilson.

89. On August 24, 2021, at about 6:08 a.m., APD officers—including ROMBOUGH and AMIRI—executed a search warrant at a residence in Antioch, captured on body-worn

camera.  Multiple individuals exited the residence after officers made announcements.  Officers then entered the residence, locating J.W. inside a locked bedroom holding a video game controller while sitting on an air mattress, with a video game showing on a television screen.

90. Jessie Wilson removed a pair of headphones and raised his hands as officers, including ROMBOUGH with the 40mm less lethal launcher, entered the room.

91. One officer, DOE Officer-4, stepped onto the bed and took Jessie Wilson's left arm to arrest him as four other APD officers, including ROMBOUGH, DOE Officer-IO, DOE Officer-12, and DOE Officer-13, surrounded Jessie Wilson. As DOE Officer-4 held Jessie Wilson's left arm on the bed, ROMBOUGH immediately deployed the 40mm less lethal launcher at Jessie Wilson injuring him.

92. In addition to the APD officers inside the bedroom, AMIRI stood with K9 Purcy outside of the bedroom during the deployment of the 40mm less lethal launcher.

93. ROMBOUGH later reported that this deployment of the 40mm, as captured on body worn camera, was within "1 feet to 3 feet" of Jessie Wilson.

94. Less than an hour later, ROMBOUGH exchanged the following messages with DOE Officer 15.

ROMBOUGH: Can u please get photos of him

DOE Officer-15: Yup

DOE Officer-15:  Black tip tattoo

ROMBOUGH:  Lmao

95. On September 20, 2021, DOE Officer-12, a Sergeant, wrote the following to ROMBOUGH about authoring a police report:

DOE Officer-12: You write that he didn't comply but he clearly had his hands up at first. You need to describe way better what happened. He was ordered to put his hands

on his head. He didn't do this. What did he do instead? (Leaned to his right. Arm
appeared to be reaching behind bed once [DOE Officer-4] grabbed him)

96. Following this incident, ROMBOUGH authored a police report that differed from
the accounts that other APD officers later provided.

97. On August 31, 2021, at about 2:50 p.m., APD officers—including ROMBOUGH,
AMIRI, DOES Officer-10, and Officer-15—conducted a traffic enforcement stop of S.S. in
Antioch.  During the encounter, which was captured on body-worn camera, at least five APD
officers surrounded S.S.'s vehicle and AMIRI called out "If you do not comply, you will be
40'd or bit by the dog."  As officers called out commands, S.S. exited his vehicle with his hands
raised, turned around and backed toward the officers, and placed his hands on his head.  As
DOE Officer-10 took S.S.'s hands, DOE Officer-10 brought S.S. to the ground; ROMBOUGH
immediately approached and deployed the 40mm less lethal launcher at S.S., injuring him.

98. ROMBOUGH later reported that this deployment of the 40mm, as captured on body
worn camera, was within "1 feet to 3 feet" of S.S.  At about 3:41 p.m., AMIRI exchanged the
following text messages with DOE Officer-5:

AMIRI: bro.. rombough be doing some unnecessaiy ass 40s
DOE Officer-5: Lol I heard! That's how case law and bad policies get implemented
AMIRI: 100%
DOE Officer-5: AMIRI: Bro send me The video
AMIRI also texted the photograph to ROMBOUGH and DOE Officer-15 in one group
text. 21 Later that day, at about 6:46 p.m., DOE Officer-15 texted back to AMIRI and
ROMBOUGH, "Thanks for 22 the help today bro".

99. Despite AMIRI's comments to DOE Officer-5 about ROMBOUGH's "unnecessaiy
ass 40s" 24 following the S.S. incident, AMIRI responded to DOE Officer-15 and

ROMBOUGH:

AMIRI: that shit is fun

100. On October 26, 2021, at about 6:05 p.m., APD officers-including WENGER responded to a report of a stolen vehicle by DOE Officer-I I at the Antioch Food Center on 18th Street. During the encounter, which was captured on body-worn camera, multiple APD officers surrounded Dajon Smith's vehicle and called out commands. Dajon Smith exited the vehicle and faced the officers, exchanging words with them.

101. WENGER stated "Hey [DOE Officer-I I] you got the 40?" then stated "I got it, I want to plug him." WENGER retrieved the 40mm less lethal launcher from a police vehicle and moved toward Dajon Smith as he stood by the open doorway of the vehicle with his hands raised.

102. WENGER immediately deployed a 40mm less lethal launcher at Dajon Smith., striking him in the chest and injuring him. WENGER and other APD officers received instruction during annual training that the chest area was a "potentially lethal" area of the body to avoid deploying the 40mm. As Dajon Smith collapsed toward the vehicle, DOE Officer-16 deployed a canine, which bit Dajon Smith in the arm.

103. At about 7:28 p.m. that day, AMIRI exchanged the following text messages with WENGER.

AMIRI: i wanna see your body cam of this! good work man

WENGER: Hahah! Thanks bro

AMIRI: you get 4 tubs yesterday, make some arrests then 40 someone today?? who the fuck are you?? i love this wenger 😂😂

WENGER: #Newyearnewme Hahah jk Just trying to get on swat bro! [. . .]

Laughed at "you get 4 tubs yesterday, make some arrests then 40 someone today?? who

the fuck are you?? i love this wenger 😂😂"

AMIRI: Loved "Just trying to get on swat bro!"  [. . .]

WENGER: You're my hero bro, I miss you dawg!

104. The next month, AMIRI and ROMBOUGH exchanged the following messages on November 24, 2021:

AMIRI: i miss you you haven't 40d anymore lately

ROMBOUGH: I know reducing liability So I can leave

AMIRI: Laughed at "I know reducing liability"

105. Plaintiffs did not become aware, or have reason to know or suspect of, Defendants AMIRI, ROMBOUGH, and WENGER's communications, plans, and conspiracy to engage in the above acts, including agreements to violate civil rights by, among other things, engaging in the intentional use of excessive force and denial of equal protection until the Department of Justice made public criminal indictments against the aforementioned officers in August 2023.

106. Likewise, Plaintiffs were utterly unaware of the actions and inactions by superiors at APD and the CITY OF ANTIOCH that allowed Defendants AMIRI, ROMBOUGH, and WENGER to engage in communications, plans, conspiracy, and actual civil right violations for years in the City of Antioch without any sort of discipline or discouragement. Plaintiffs did not become aware, or have reason to know or suspect, of said actions and inactions by superiors at APD until the Department of Justice made public criminal indictments against the aforementioned officers in August 2023. Accordingly, Plaintiffs are entitled to equitable tolling and/or are entitled to bring forth this complaint pursuant to the delayed discovery rule.

///

///

///

**FIRST CAUSE OF ACTION**

**(Conspiracy to Violate Civil Rights, 42 U.S.C. § 1983 – 4th Amendment, by all named Plaintiffs against all named Defendants)**

107. The preceding paragraphs of this complaint are re-alleged and incorporated herein.

108. Beginning on a date unknown, but no later than approximately February 2019 and continuing through approximately April 2022, in the Northern District of California, Defendants MORTEZA AMIRI,  ERIC ALLEN ROMBOUGH, and DEVON CHRISTOPHER WENGER, did knowingly and willfully conspire and agree together and with each other, and with others known and unknown, to injure, oppress, threaten, and intimidate residents of Antioch, California in Northern District of California, including Plaintiffs WILSON and SMITH, in the free exercise and enjoyment of rights secured to them by the Constitution or laws of the United States, to be free from the use of unreasonable force by a law enforcement officer, all in violation of the United States Constitution. Defendants, together and with each other, agreed, orally and in writing, to use excessive force on residents of the City of Antioch, California. Each of the Defendants, MORTEZA AMIRI, ERIC ALLEN ROMBOUGH, and DEVON CHRISTOPHER WENGER, did intentionally engage in the use of excessive force against residents of the City of Antioch, including, but not limited to, on Plaintiffs.

Wherefore, Plaintiffs pray for the relief set forth below.

**SECOND CAUSE OF ACTION**

**(Use of Excessive Force in Violation of the Fourth Amendment, 42 U.S.C. § 1983, by all Plaintiffs against Defendants ROMBOUGH, WENGER, and DOE OFFICER #16)**

109. The preceding paragraphs of this complaint are re-alleged and incorporated herein.

110. On or about the dates set forth in the complaint, Defendants ROMBOUGH and WENGER, while acting under color of law, willfully deprived the Plaintiffs of their right, secured and protected by the Constitution and laws of the United States, to be free from the use of unreasonable force by a law enforcement officer, specifically:

111. On August 24, 2021, ERIC ALLEN ROMBOUGH deliberately and intentionally shot Plaintiff WILSON with a 40mm less lethal launcher in violation of the fourth amendment. The offense involved the use, attempted use, or threatened use of a dangerous weapon and resulted in bodily injury to Jessie Wilson.

112. On October 26, 2021, DEVON CHRISTOPHER WENGER, shot Plaintiff SMITH with a 40mm less lethal launcher in violation of the fourth amendment. The offense involved the use, attempted use, or threatened use of a dangerous weapon and resulted in bodily injury to Dajon Smith.

113. On October 26, 2021, DOE Officer #16 deployed a canine, which bit Plaintiff SMITH in the arm, after SMITH had already been shot in the chest with a 40mm less lethal launched and was lying on the ground in a surrender position and was surrounded by several armed police officers, all in violation of the fourth amendment. Not only was the use of police canine on SMITH unnecessary, once engaged, DOE Officer #16 failed to release the dog once it was clear that SMITH had surrendered. The offense involved the use, attempted use, or threatened use of a dangerous weapon and resulted in bodily injury to SMITH.

Wherefore, Plaintiffs pray for the relief set forth below.


### THIRD CAUSE OF ACTION

### (Conspiracy to Violate Civil Rights, 42 U.S.C. § 1983 – 14th Amendment, by all named Plaintiffs against all named Defendants)

114. The preceding paragraphs of this complaint are re-alleged and incorporated herein.

115. Beginning on a date unknown, but no later than approximately February 2019 and continuing through approximately April 2022, in the Northern District of California, Defendants MORTEZA AMIRI,  ERIC ALLEN ROMBOUGH, and DEVON CHRISTOPHER WENGER, did knowingly and willfully conspire and agree together and with each other, and with others known and unknown, to injure, oppress, threaten, and intimidate **minority** residents of Antioch, California in Northern District of California, including Plaintiffs WILSON and SMITH, in the

free exercise and enjoyment of rights secured to them by the Constitution or laws of the United States, to be entitled to equal protection under the law, all in violation of the United States Constitution. Defendants, together and with each other, agreed, orally and in writing, to use excessive force on **minority** residents of the City of Antioch, California. Each of the Defendants, MORTEZA AMIRI, ERIC ALLEN ROMBOUGH, and DEVON CHRISTOPHER WENGER, did intentionally engage in the use of excessive force against **minority** residents of the City of Antioch, including, but not limited to, on Plaintiffs.

Wherefore, Plaintiffs pray for the relief set forth below.


**FOURTH CAUSE OF ACTION**

**(*Monell* Violation by all named Plaintiffs against Defendant CITY OF ANTIOCH and the ANTIOCH POLICE DEPARTMENT and DOES 1-10)**

116. The preceding paragraphs of this complaint are re-alleged and incorporated herein.

117. Defendants MORTEZA AMIRI,  ERIC ALLEN ROMBOUGH, and DEVON CHRISTOPHER WENGER acted under color of state law at all times relevant to this complaint;

118. Defendants MORTEZA AMIRI,  ERIC ALLEN ROMBOUGH, and DEVON CHRISTOPHER WENGER's acts, as alleged herein, deprived the Plaintiffs of their fourth and fourteenth amendment rights under the Constitution;

119. Chief Tammany Brooks, employed by Defendants CITY OF ANTIOCH and the ANTIOCH POLICE DEPARTMENT, was at all times relevant hereto, together with DOES 1-10, the final policymaker for Defendants CITY OF ANTIOCH and the ANTIOCH POLICE DEPARTMENT, and acted under color of state law;

120. Chief Tammany Brooks and DOES 1-10 had final policymaking authority from Defendants CITY OF ANTIOCH and the ANTIOCH POLICE DEPARTMENT concerning the acts of Defendants MORTEZA AMIRI,  ERIC ALLEN

ROMBOUGH, and DEVON CHRISTOPHER WENGER;

121. Chief Tammany Brooks, employed by Defendants CITY OF ANTIOCH and the ANTIOCH POLICE DEPARTMENT, together with DOES 1-10 ratified Defendants MORTEZA AMIRI,  ERIC ALLEN ROMBOUGH, and DEVON CHRISTOPHER WENGER acts, as alleged herein, by knowing of Defendants MORTEZA AMIRI,  ERIC ALLEN ROMBOUGH, and DEVON CHRISTOPHER WENGER use of excessive force against minority residents of the CITY OF ANTIOCH and specifically made a deliberate choice to approve such Defendants' actions;

122. Chief Tammany Brooks, employed by Defendants CITY OF ANTIOCH and the ANTIOCH POLICE DEPARTMENT, together with DOES 1-10 refused to take any action to prevent Defendants MORTEZA AMIRI,  ERIC ALLEN ROMBOUGH, and DEVON CHRISTOPHER WENGER from depriving Plaintiffs' rights, despite knowing, or reasonably should have known, that Defendants MORTEZA AMIRI,  ERIC ALLEN ROMBOUGH, and DEVON CHRISTOPHER WENGER were intentionally using excessive force against residents of the CITY OF ANTIOCH, in particular, minority residents.

123. The actions/inactions of Chief Tammany Brooks, employed by Defendants CITY OF ANTIOCH and the ANTIOCH POLICE DEPARTMENT, together with DOES 1-10 were so closely related to the deprivation of the Plaintiffs' rights as to be the moving force that caused their ultimate injuries.

Wherefore, Plaintiffs pray for the relief set forth below.


**FIFTH CAUSE OF ACTION**

**(Violation of Civil Rights, 42 U.S.C. § 1983 – 14th Amendment, by all named Plaintiffs against Defendants ROMBOUGH, WENGER, and DOE OFFICER #16)**

124. The preceding paragraphs of this complaint are re-alleged and incorporated herein.

125. Beginning on a date unknown, but no later than approximately February 2019 and continuing through approximately April 2022, in the Northern District of California, Defendants

MORTEZA AMIRI,  ERIC ALLEN ROMBOUGH, and DEVON CHRISTOPHER WENGER, did knowingly and willfully conspire and agree together and with each other, and with others known and unknown, to injure, oppress, threaten, and intimidate **minority** residents of Antioch, California in Northern District of California, including Plaintiffs WILSON and SMITH, in the free exercise and enjoyment of rights secured to them by the Constitution or laws of the United States, to be entitled to equal protection under the law, all in violation of the United States Constitution. Defendants, together and with each other, agreed, orally and in writing, to use excessive force on **minority** residents of the City of Antioch, California. Each of the Defendants, MORTEZA AMIRI, ERIC ALLEN ROMBOUGH, and DEVON CHRISTOPHER WENGER, did intentionally engage in the use of excessive force against **minority** residents of the City of Antioch, including, but not limited to, on Plaintiffs.

126. Defendants ROMBOUGH, WENGER, and DOE #16 did in fact use force against Plaintiffs, as described above, in violation of the fourteenth amendment by specifically targeting Plaintiffs in the use of force on account of their race. These Defendants employed force on African American residents of the CITY OF ANTIOCH, such as Plaintiffs, solely on account of their race an in violation of equal protection under the law. Had Plaintiffs not been African American, they would not have experienced the same use of force employed on them by Defendants.

Wherefore, Plaintiffs pray for the relief set forth below.

## V. PRAYER FOR RELIEF

Plaintiffs pray for judgment against defendants as follows:

1. For compensatory damages and other special damages according to proof;

2. For general damages according to proof;

3. For punitive damages against all individual defendants according to proof;

4. The prejudgment interest at the legal rate according to proof;

5. For costs and reasonable attorneys' fees as provided by law; and

6. For such other relief as the Court may deem fit and proper.

## VI. JURY DEMAND

Plaintiffs demand a jury trial in this action.

Dated: June 5, 2024

LAW OFFICE OF STANLEY GOFF

_/s/ STANLEY GOFF_
STANLEY GOFF
Attorney for Plaintiffs

LAW OFFICE OF FULVIO F. CAJINA

Dated: June 5, 2024                _/s/_
FULVIO F. CAJINA
Attorney for Plaintiffs