**LEWIS BRISBOIS BISGAARD & SMITH** LLP
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
  E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
  E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
CITY OF ANTIOCH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE WILSON, individually; DAJON SMITH, individually;<br><br>                    Plaintiffs,<br><br>        vs.<br><br>CITY OF ANTIOCH, a municipal corporation; DEVON WENGER, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ERIC ALLEN ROMBOUGH, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; MORTEZA AMIRI, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; and DOES 1-50, inclusive,<br><br>                    Defendants. | Case No. 3:24-cv-02758-SK<br><br>**DEFENDANT CITY'S ANSWER TO PLAINTIFFS JESSIE WILSON AND DAJON SMITH'S COMPLAINT FOR DAMAGES; JURY TRIAL DEMANDED**<br><br><br>Complaint Filed:        05/08/2024<br>Trial Date:              None Yet Set |

Defendant CITY OF ANTIOCH (hereinafter "City") hereby answers Plaintiffs

JESSIE WILSON and DAJON SMITH's Complaint for Damages (Dkt. 1; filed May

8, 2024, hereinafter referred to as the "Complaint") and Defendant hereby admits,

denies, and alleges as follows:

/ / /

## ANSWER TO COMPLAINT

1.      Answering paragraph 1 of the Complaint, under the header "PARTIES": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

2.      Answering paragraph 2 of the Complaint, under the header "PARTIES": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

3.      Answering paragraph 3 of the Complaint, under the header "PARTIES": Defendants admit that Defendant City is a government entity.  As to the remaining allegations in this paragraph, at present, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

4.      Answering paragraph 4 of the Complaint, under the header "PARTIES": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

5.      Answering paragraph 5 of the Complaint, under the header "PARTIES": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

6. Answering paragraph 6 of the Complaint, under the header "PARTIES": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

7. Answering paragraph 7 of the Complaint, under the header "PARTIES": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

8. Answering paragraph 8 of the Complaint, under the header "PARTIES": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

9. Answering paragraph 9 of the Complaint, under the header "PARTIES": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

10. Answering paragraph 10 of the Complaint, under the header "JURISDICTION AND VENUE": Defendants admit that this Court has jurisdiction over this matter.  As to the remaining allegations in this paragraph, at present, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

**DEFT CITY'S ANSWER TO PLAINTIFFS' COMPLAINT; JURY TRIAL DEMAND**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

11.     Answering paragraph 11 of the Complaint, under the header "JURISDICTION AND VENUE": Defendants admit that venue is proper in this Court.

12.     Answering paragraph 12 of the Complaint, under the header "STATEMENT OF FACTS": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

13.     Answering paragraph 13 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT AND ENCOURAGEMENT": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

14.     Answering paragraph 14 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT AND ENCOURAGEMENT": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

15.     Answering paragraph 15 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT AND ENCOURAGEMENT": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

16.     Answering paragraph 16 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "COLLECTING TROPHIES AND

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

147056577.1                                        4
DEFT CITY'S ANSWER TO PLAINTIFFS' COMPLAINT; JURY TRIAL DEMAND

TOUTING DEPLOYMENTS": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

17.     Answering paragraph 17 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "COLLECTING TROPHIES AND TOUTING DEPLOYMENTS": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

18.     Answering paragraph 18 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "COLLECTING TROPHIES AND TOUTING DEPLOYMENTS": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

19.     Answering paragraph 19 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "COLLECTING TROPHIES AND TOUTING DEPLOYMENTS": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

20.     Answering paragraph 20 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "COLLECTING TROPHIES AND TOUTING DEPLOYMENTS": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFT CITY'S ANSWER TO PLAINTIFFS' COMPLAINT; JURY TRIAL DEMAND

21.     Answering paragraph 21 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "COLLECTING TROPHIES AND TOUTING DEPLOYMENTS": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

22.     Answering paragraph 22 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "COLLECTING TROPHIES AND TOUTING DEPLOYMENTS": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

23.     Answering paragraph 23 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "COLLECTING TROPHIES AND TOUTING DEPLOYMENTS": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

24.     Answering paragraph 24 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "COLLECTING TROPHIES AND TOUTING DEPLOYMENTS": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

25.     Answering paragraph 25 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "CONCEALMENTS TO FURTHER PERPETUATE THE SCHEME": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

26. Answering paragraph 26 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

27. Answering paragraph 27 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

28. Answering paragraph 28 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

29. Answering paragraph 29 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

30. Answering paragraph 30 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE":

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

31.     Answering paragraph 31 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

32.     Answering paragraph 32 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

33.     Answering paragraph 33 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

34.     Answering paragraph 34 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

35.   Answering paragraph 35 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

36.   Answering paragraph 36 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

37.   Answering paragraph 37 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

38.   Answering paragraph 38 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

39.   Answering paragraph 39 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

147056577.1

9

DEFT CITY'S ANSWER TO PLAINTIFFS' COMPLAINT; JURY TRIAL DEMAND

on those grounds deny generally and specifically each and every allegation contained therein.

40. Answering paragraph 40 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

41. Answering paragraph 41 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

42. Answering paragraph 42 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

43. Answering paragraph 43 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

44. Answering paragraph 44 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE":

**DEFT CITY'S ANSWER TO PLAINTIFFS' COMPLAINT; JURY TRIAL DEMAND**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

45.     Answering paragraph 45 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

46.     Answering paragraph 46 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

47.     Answering paragraph 47 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

48.     Answering paragraph 48 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**DEFT CITY'S ANSWER TO PLAINTIFFS' COMPLAINT; JURY TRIAL DEMAND**

49.   Answering paragraph 49 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

50.   Answering paragraph 50 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

51.   Answering paragraph 51 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

52.   Answering paragraph 52 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

53.   Answering paragraph 53 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and

**DEFT CITY'S ANSWER TO PLAINTIFFS' COMPLAINT; JURY TRIAL DEMAND**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  on those grounds deny generally and specifically each and every allegation contained
2  therein.

3      54.   Answering paragraph 54 of the Complaint, under the header
4  "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE":
5  Defendants do not have sufficient knowledge, or information or belief, to enable
6  Defendants to answer the allegations contained within such paragraph, as stated, and
7  on those grounds deny generally and specifically each and every allegation contained
8  therein.

9      55.   Answering paragraph 55 of the Complaint, under the header
10 "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE":
11 Defendants do not have sufficient knowledge, or information or belief, to enable
12 Defendants to answer the allegations contained within such paragraph, as stated, and
13 on those grounds deny generally and specifically each and every allegation contained
14 therein.

15     56.   Answering paragraph 56 of the Complaint, under the header
16 "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE":
17 Defendants do not have sufficient knowledge, or information or belief, to enable
18 Defendants to answer the allegations contained within such paragraph, as stated, and
19 on those grounds deny generally and specifically each and every allegation contained
20 therein.

21     57.   Answering paragraph 57 of the Complaint, under the header
22 "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE":
23 Defendants do not have sufficient knowledge, or information or belief, to enable
24 Defendants to answer the allegations contained within such paragraph, as stated, and
25 on those grounds deny generally and specifically each and every allegation contained
26 therein.

27     58.   Answering paragraph 58 of the Complaint, under the header
28 "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE":

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

147056577.1                                  13
**DEFT CITY'S ANSWER TO PLAINTIFFS' COMPLAINT; JURY TRIAL DEMAND**

Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

59.     Answering paragraph 59 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

60.     Answering paragraph 60 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

61.     Answering paragraph 61 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

62.     Answering paragraph 62 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    63.    Answering paragraph 63 of the Complaint, under the header

2    "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE":

3    Defendants do not have sufficient knowledge, or information or belief, to enable

4    Defendants to answer the allegations contained within such paragraph, as stated, and

5    on those grounds deny generally and specifically each and every allegation contained

6    therein.

7    64.    Answering paragraph 64 of the Complaint, under the header

8    "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE":

9    Defendants do not have sufficient knowledge, or information or belief, to enable

10   Defendants to answer the allegations contained within such paragraph, as stated, and

11   on those grounds deny generally and specifically each and every allegation contained

12   therein.

13   65.    Answering paragraph 60 of the Complaint, under the header

14   "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE":

15   Defendants do not have sufficient knowledge, or information or belief, to enable

16   Defendants to answer the allegations contained within such paragraph, as stated, and

17   on those grounds deny generally and specifically each and every allegation contained

18   therein.

19   66.    Answering paragraph 66 of the Complaint, under the header

20   "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE":

21   Defendants do not have sufficient knowledge, or information or belief, to enable

22   Defendants to answer the allegations contained within such paragraph, as stated, and

23   on those grounds deny generally and specifically each and every allegation contained

24   therein.

25   67.    Answering paragraph 67 of the Complaint, under the header

26   "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE":

27   Defendants do not have sufficient knowledge, or information or belief, to enable

28   Defendants to answer the allegations contained within such paragraph, as stated, and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**DEFT CITY'S ANSWER TO PLAINTIFFS' COMPLAINT; JURY TRIAL DEMAND**

on those grounds deny generally and specifically each and every allegation contained therein.

68.   Answering paragraph 68 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

69.   Answering paragraph 69 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

70.   Answering paragraph 70 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

71.   Answering paragraph 71 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

72.   Answering paragraph 72 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE":

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**DEFT CITY'S ANSWER TO PLAINTIFFS' COMPLAINT; JURY TRIAL DEMAND**

Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

73.     Answering paragraph 73 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

74.     Answering paragraph 74 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

75.     Answering paragraph 75 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

76.     Answering paragraph 76 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

77.     Answering paragraph 77 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

78.     Answering paragraph 78 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

79.     Answering paragraph 79 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

80.     Answering paragraph 80 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

81.     Answering paragraph 81 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and

**DEFT CITY'S ANSWER TO PLAINTIFFS' COMPLAINT; JURY TRIAL DEMAND**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

on those grounds deny generally and specifically each and every allegation contained therein.

82. Answering paragraph 82 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

83. Answering paragraph 83 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

84. Answering paragraph 84 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

85. Answering paragraph 85 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

86. Answering paragraph 86 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE":

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

147056577.1

19

**DEFT CITY'S ANSWER TO PLAINTIFFS' COMPLAINT; JURY TRIAL DEMAND**

Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

87.   Answering paragraph 87 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

88.   Answering paragraph 88 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

89.   Answering paragraph 89 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

90.   Answering paragraph 90 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

147056577.1

20

DEFT CITY'S ANSWER TO PLAINTIFFS' COMPLAINT; JURY TRIAL DEMAND

91.     Answering paragraph 91 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

92.     Answering paragraph 92 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

93.     Answering paragraph 93 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

94.     Answering paragraph 94 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

95.     Answering paragraph 95 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and

**DEFT CITY'S ANSWER TO PLAINTIFFS' COMPLAINT; JURY TRIAL DEMAND**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  on those grounds deny generally and specifically each and every allegation contained

2  therein.

3      96.    Answering paragraph 96 of the Complaint, under the header

4  "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE":

5  Defendants do not have sufficient knowledge, or information or belief, to enable

6  Defendants to answer the allegations contained within such paragraph, as stated, and

7  on those grounds deny generally and specifically each and every allegation contained

8  therein.

9      97.    Answering paragraph 97 of the Complaint, under the header

10  "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE":

11  Defendants do not have sufficient knowledge, or information or belief, to enable

12  Defendants to answer the allegations contained within such paragraph, as stated, and

13  on those grounds deny generally and specifically each and every allegation contained

14  therein.

15      98.    Answering paragraph 98 of the Complaint, under the header

16  "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE":

17  Defendants do not have sufficient knowledge, or information or belief, to enable

18  Defendants to answer the allegations contained within such paragraph, as stated, and

19  on those grounds deny generally and specifically each and every allegation contained

20  therein.

21      99.    Answering paragraph 99 of the Complaint, under the header

22  "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE":

23  Defendants do not have sufficient knowledge, or information or belief, to enable

24  Defendants to answer the allegations contained within such paragraph, as stated, and

25  on those grounds deny generally and specifically each and every allegation contained

26  therein.

27      100.   Answering paragraph 100 of the Complaint, under the header

28  "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE":

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**DEFT CITY'S ANSWER TO PLAINTIFFS' COMPLAINT; JURY TRIAL DEMAND**

Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

101. Answering paragraph 101 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

102. Answering paragraph 102 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

103. Answering paragraph 103 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

104. Answering paragraph 104 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

105. Answering paragraph 105 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

106. Answering paragraph 106 of the Complaint, under the header "STATEMENT OF FACTS" and subheading "AGREEMENT TO USE FORCE": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

107. Answering paragraph 107 of the Complaint, under the header "FIRST CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

108. Answering paragraph 108 of the Complaint, under the header "FIRST CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

109. Answering paragraph 109 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

DEFT CITY'S ANSWER TO PLAINTIFFS' COMPLAINT; JURY TRIAL DEMAND

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

110.   Answering paragraph 110 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

111.   Answering paragraph 111 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

112.   Answering paragraph 112 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

113.   Answering paragraph 113 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

114.   Answering paragraph 114 of the Complaint, under the header "THIRD CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

115.   Answering paragraph 115 of the Complaint, under the header "THIRD CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  paragraph, as stated, and on those grounds deny generally and specifically each and
2  every allegation contained therein.

3      116.   Answering paragraph 116 of the Complaint, under the header "FOURTH
4  CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information
5  or belief, to enable Defendants to answer the allegations contained within such
6  paragraph, as stated, and on those grounds deny generally and specifically each and
7  every allegation contained therein.

8      117.   Answering paragraph 117 of the Complaint, under the header "FOURTH
9  CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information
10 or belief, to enable Defendants to answer the allegations contained within such
11 paragraph, as stated, and on those grounds deny generally and specifically each and
12 every allegation contained therein.

13     118.   Answering paragraph 118 of the Complaint, under the header "FOURTH
14 CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information
15 or belief, to enable Defendants to answer the allegations contained within such
16 paragraph, as stated, and on those grounds deny generally and specifically each and
17 every allegation contained therein.

18     119.   Answering paragraph 119 of the Complaint, under the header "FOURTH
19 CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information
20 or belief, to enable Defendants to answer the allegations contained within such
21 paragraph, as stated, and on those grounds deny generally and specifically each and
22 every allegation contained therein.

23     120.   Answering paragraph 120 of the Complaint, under the header "FOURTH
24 CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information
25 or belief, to enable Defendants to answer the allegations contained within such
26 paragraph, as stated, and on those grounds deny generally and specifically each and
27 every allegation contained therein.

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**DEFT CITY'S ANSWER TO PLAINTIFFS' COMPLAINT; JURY TRIAL DEMAND**

121.   Answering paragraph 121 of the Complaint, under the header "FOURTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

122.   Answering paragraph 122 of the Complaint, under the header "FOURTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

123.   Answering paragraph 123 of the Complaint, under the header "FOURTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

124.   Answering Plaintiffs' Prayer for relief, Defendant denies all liability to Plaintiffs, including, but not limited to, all liability for any and all damages, including, but not limited to, compensatory damages; statutory damages; attorneys' fees; costs of any kind; punitive and exemplary damages against Defendant; and/or for any relief of any kind from Defendant to Plaintiffs.

/ / /

## AFFIRMATIVE DEFENSES

1.   As separate and affirmative defenses, Defendants allege as follows:

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State Claim, Statute of Limitations)

2.   Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

3.     Plaintiffs' Complaint also fails to state a claim against any defendant in this action.

4.     Plaintiffs' claims are time-barred by the operative statutes of limitations (including, but not limited to, Cal. Code Civ. Proc. § 335.1).

## SECOND AFFIRMATIVE DEFENSE

### (Tort Claims Act Violation)

5.     This action is barred by the Plaintiffs' failure to comply with the government tort claims presentation requirements, California Government Code § 900, *et seq.*, including but not limited to §§ 900, 900.4, 901, 905, 905.2, 910, 911, 911.2, 911.4, 945.4, 945.6, 946.6, 950.2, and 950.6, to the extent applicable.

6.     The Complaint is barred based on Plaintiffs' failure to exhaust administrative remedies prior to filing this lawsuit.

## THIRD AFFIRMATIVE DEFENSE

### (Waiver, Estoppel, Unclean Hands)

7.     Defendants allege that Plaintiffs' action is barred by reason of conduct, actions, and inactions of Plaintiffs which amount to and constitute a waiver of any right Plaintiffs may or might have had in reference to the matters and things alleged in the Complaint, or that otherwise estop Plaintiffs from recovery in this action, including, but not limited to, the doctrine of unclean hands.

## FOURTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

8.     Plaintiffs' claims are barred or limited to the extent Plaintiffs failed to mitigate Plaintiffs' injuries or damages, if there were any.  Plaintiffs failed to mitigate the damages, if any, which Plaintiffs have sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, Plaintiffs failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries, and failed to take reasonable precautions to reduce any injuries and damages.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## FIFTH AFFIRMATIVE DEFENSE

### (Contributory and/or Comparative Liability)

9.     Plaintiffs' claims are barred or limited by Plaintiffs' contributory/comparative negligence or other conduct, acts, or omissions, and to the extent any Plaintiffs suffered any injury or damages, it was the result of Plaintiffs' own negligent or deliberate actions or omissions.

10.    Plaintiffs' recovery is barred because any injury or damage suffered by Plaintiffs was caused solely by reason of the Plaintiffs' wrongful acts and conduct and the willful resistance to a peace officer in the discharge their duties.  The conduct set forth in the Complaint, if and to the extent it occurred, was privileged and justified and done with a good faith belief that it was correct and no action may be taken against the answering Defendant on account of such conduct.

## SIXTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Others' Torts)

11.    Plaintiffs' recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person. Cal. Gov. Code §§ 815 *et seq.*, 820.2 *et seq.*

12.    The answering Defendants are informed and believe and thereon allege that if Plaintiffs sustained any injury or damages, such injury or damages were solely caused or contributed to by the wrongful conduct of other entities or persons other than the answering Defendants.  To the extent that Plaintiffs' damages were so caused, any recovery by Plaintiffs as against the answering defendants should be subject to proportionately comparative equitable indemnity/contribution from such third parties.

## SEVENTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Discretionary Acts)

13.    There is no liability for any injury or damages, if there were any, resulting from an exercise of discretion vested in a public employee, whether or not such discretion was abused.  Cal. Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq.*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

14.     Plaintiffs' recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable diligence.

15.     A public employee may not be held liable for injuries or damages, if any, caused by failure to adopt or by adoption of an enactment or by failure to enforce an enactment and/or law, for an injury caused by their issuance, denial, suspension or revocation or by their failure or refusal to issue, denies, suspend or revoke, any permit, license, certificate, approval, order, or similar authorization, where they are authorized by enactment to determine whether or not such authorization should be issued, denied, suspended or revoked, pursuant to Cal. Gov. Code §§ 818.2, 818.4, 818.8, 821, and 821.2.  Based thereon, answering Defendant is immune from liability for any injuries claimed by Plaintiffs, herein.

16.     The answering Defendants are immune for any detriment resulting from any of its actions or omissions at the time of the incident of which Plaintiffs complain pursuant to Cal. Gov. Code §§ 810 *et seq*., 815 *et seq*., 820 *et seq*., and 845 *et seq*., including, but not limited to, Cal. Gov. Code §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and Cal. Gov. Code §§ 854, *et seq*., including, but not limited to, §§ 845.6, 854.6, 854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

## EIGHTH AFFIRMATIVE DEFENSE

### (Public Entity Immunity)

17.     To the extent that the Complaint attempts to predicate liability upon the answering public entity Defendant or any employees thereof for purported negligence in retention, hiring, employment, training, or supervision of any public employee, such liability is barred by Cal. Gov. Code §§ 815.2 and 820.2 and *Herndon v. Cnty. of Marin*, 25 Cal. App. 3d 933, 935, 936 (1972), *rev'd on other grounds by Sullivan v. County of Los Angeles*, 12 Cal.3d 710 (1974); and by the lack of any duty running to any Plaintiffs; by the fact that any such purported act or omission is governed

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

exclusively by statute and is outside the purview of any public employees' authority; and by the failure of any such acts or omissions to be the proximate or legal cause of any injury alleged in the Complaint. *See de Villers v. Cnty. of San Diego*, 156 Cal.App.4th 238, 251-253, 255-256 (2007).

18.     These Defendants may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate. Cal. Gov. Code §§ 844.6, 845.6; Cal. Civ. Code § 2351; *Malloy v. Fong*, 37 Cal.2d 356, 378-379(1951); *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978); *Larez v. City of Los Angeles*, 946 F.2d 630, 645-646 (9th Cir. 1991); *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los Angeles v. Heller*, 475 U.S. 796 (1986).

## NINTH AFFIRMATIVE DEFENSE

### (Qualified Immunity & Good Faith Immunity)

19.     Defendants and their agents or officers at all times relevant to this action acted reasonably and prudently under the circumstances. Defendants therefore assert any individual defendants' (that may be named by Plaintiffs) Qualified Immunity from liability to the fullest extent applicable.

20.     Defendants are immune from liability under the Federal Civil Rights Act because they acted in good faith with an honest and reasonable belief that their actions were necessary and appropriate. Defendants re immune from liability under the Federal Civil Rights Act because a reasonable police officer could believe that their acts and conduct were appropriate. Defendants are immune from liability under the Federal Civil Rights Act because their conduct did not violate clearly established rights. Defendants are also immune from liability under the doctrine of Qualified Immunity.

21.     At all relevant times, Defendants and their agents or officers acted within the scope of discretion, with due care, and good faith fulfillment of responsibilities pursuant to applicable statutes, rules and regulation, within the bounds of reason, and with the good faith belief that their actions comported with all applicable federal and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

147056577.1

31

**DEFT CITY'S ANSWER TO PLAINTIFFS' COMPLAINT; JURY TRIAL DEMAND**

1 | state laws. *Harlow v. Fitzgerald*, 457 U.S. 800 (1982) ; Cal Gov. Code §§ 815.2,
2 | 820.2.

### TENTH AFFIRMATIVE DEFENSE

#### (Assumption of Risk)

22.     At the time and place referred to in the Complaint, and before such event, Plaintiffs knew, appreciated, and understood each and every risk involved in placing themselves in the position which Plaintiffs then assumed, and willingly, knowingly, and voluntarily assumed each of such risk, including, but not limited to, the risk of suffering personal bodily injury, lawful deprivation of rights, and/or death.

### JURY DEMAND

23.     Defendant demands a trial by jury as to each issue triable by jury.

### PRAYER FOR RELIEF

WHEREFORE, the answering Defendant prays as follows:

1.     That the Complaint be dismissed, with prejudice, and in its entirety;

2.     That Plaintiffs take nothing by reason of this Complaint and that judgment be entered against Plaintiffs and in favor of Defendant;

3.     That Defendant be awarded attorneys' fees and costs of this suit and costs of proof; and

4.     That Defendant be awarded such other relief as the Court deems just.

DATED:  October 15, 2024          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____

TONY M. SAIN
TORI L. N. BAKKEN
Attorneys for Defendant,
CITY OF ANTIOCH

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1
2

### FEDERAL COURT PROOF OF SERVICE
ALLEN, et al. v. CITY OF ANTIOCH, et al. LBBS File No: #55035.3
USDC/Northern District Case No. 3:23-cv-01895-VC

3

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

4

At the time of service, I was over 18 years of age and not a party to the action.

5

My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

6
7

On October 15, 2024, I served the following document(s):  DEFENDANT CITY'S ANSWER TO PLAINTIFFS JESSIE WILSON AND DAJON SMITH'S COMPLAINT FOR DAMAGES; JURY TRIAL DEMANDED

8
9

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

10

### SEE ATTACHED SERVICE LIST

11

The documents were served by the following means:

12

☒      (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically

13

filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

14

I declare under penalty of perjury under the laws of the United States of

15

America and the State of California that the foregoing is true and correct.

Executed on October 15, 2024, at Los Angeles, California.

16
17

_____
/s/ Corinne Taylor

18

Corinne Taylor

19
20
21
22
23
24
25
26
27
28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1

2

3

**SERVICE LIST**
**ALLEN, et al. v. CITY OF ANTIOCH, et al. LBBS File No: #55035.3**
**USDC/Northern District Case No. 3:23-cv-01895-VC**
**[Consolidated with ROBINSON, et al. Case No. 23-cv-03773-SI and 3:23-cv-06573-VC]**

4

5

6

7

8

9

10

11

12

13

John L. Burris, Esq.
Benjamin Nisenbaum, Esq.
James Cook, Esq.
Katherine MacElihiney, Esq.
Crystal Mackey
LAW    OFFICES    OF    BURRIS,
NISENBAUM, CURRY, & LACY
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Tel: (510) 839-5200
Fax: (510) 839-3882
john.burris@johnburrislaw.com
bnisenbaum@gmail.com
james.cook@johnburrislaw.com
Katherine@bncllaw.com
crystal.mackey@johnburrislaw.com
krithi.basu@bncllaw.com

**ATTORNEYS FOR PLAINTIFFS:**
**TRENT    ALLEN,    SHAGOOFA**
**KHAN,    ADAM    CARPENTER,**
**JOSHUA    BUTLER,    DEJON**
**RICHARDS,    DRESHAWN**
**JACKSON,    KARDELL    SMITH,**
**DAVID    MACKIN,    AMADEO**
**GARCIA, ARON TYSON, DAUNTE**
**GELLINGTON, DIEGO SAVALA,**
**MANDINGO    CAIN,    ROBERT**
**YOUNG,    TERRY    ROBINSON,**
**TERRY THOMAS,**

14

15

16

17

18

19

20

Dale Allen, Esq.
Matthew Matejcek
ALLEN, GLAESSNER, HAZELWOOD,
& WERTH LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Tel: (415) 697-2000
Fax: (415) 813-2045
DAllen@aghwlaw.com;
tcostes@aghwlaw.com;
erodas@aghwlaw.com

**ATTORNEYS FOR DEFENDANT:**
**ERIC ROMBOUGH**

21

22

23

24

25

26

27

Noah Blechman
John Swafford
Sabrina Ahia
McNAMARA,    AMBACHER,
WHEELER, HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Tel: (925) 939-5330
Fax: (925) 939-0203
noah.blechman@mcnamaralaw.com;
John.Swafford@mcnamaralaw.com;
sabrina.ahia@mcnamaralaw.com

**ATTORNEYS FOR DEFENDANT:**
**TIMOTHY MANLY WILLIAMS**

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| 1 | Todd Master | **ATTORNEYS FOR DEFENDANT:** |
| 2 | Shangyayi Liu<br>**RIDLEY♦ MASTER** | **MORTEZA AMIRI** |
| 3 | 1900 O'Farrell Street, Suite 280<br>San Mateo, CA 94403 | |
| 4 | Tel: (650) 365-7715<br>Fax: (650) 364-2597<br>tmaster@hrmrlaw.com | |
| 5 | sliu@hrmrlaw.com<br>fkelly@hrmrlaw.com | |
| 6 | | |
| 7 | John Robinson | **ATTORNEYS FOR DEFENDANT:** |
| 8 | Edward Viera-Ducey<br>**CASTILLO MORIARTY TRAN AND**<br>**ROBINSON LLP** | **ANDREA RODRIGUEZ** |
| 9 | 75 Southgate Avenue<br>Daly City, CA 94015 | |
| 10 | Tel: (415) 213-4098<br>jrobinson@cmtrlaw.com; | |
| 11 | evieira-ducey@cmtrlaw.com<br>kkarpenske@cmtrlaw.com | |
| 12 | | |
| 13 | Jonathan Paul | **ATTORNEYS FOR DEFENDANT:** |
| 14 | Wendy Motooka<br>**RIVERA HEWITT PAUL LLP** | **DEVON WENGER** |
| 15 | 11341 Gold Express Drive, Suite 160<br>Gold River, CA 95670 | |
| 16 | Tel: (916) 922-1200<br>jpaul@rhplawyers.com; | |
| 17 | wmotooka@rhplawyers.com;<br>mgreen@rhplawyers.com | |
| 18 | | |
| 19 | Eric J. Bengtson, Esq. | **ATTORNEYS FOR DEFENDANT:** |
| 20 | Steven B. Dippell, Esq.<br>**DAVIS,   BENGTSON   &   YOUNG,**<br>**APLC** | **CALVIN PRIETO** |
| 21 | 1960 The Alameda, Suite 210<br>San Jose, CA 95126 | |
| 22 | Tel. (408) 261-4206 – direct line<br>Fax: (408) 985-1814 – fax | |
| 23 | SDippell@dby-law.com;<br>eric@dby-law.com; | |
| 24 | iheaton@dby-law.com | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**DEFT CITY'S ANSWER TO PLAINTIFFS' COMPLAINT; JURY TRIAL DEMAND**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| 1 | Kenny C. Park, Esq. | **ATTORNEYS FOR DEFENDANT:** |
| | Jeffrey M. Vucinich, Esq. | **OFFICER JOHN RAMIREZ** |
| 2 | **CLAPP,   MORONEY,   VUCINICH,** | |
| | **BEEMAN** | |
| 3 | **and SCHELEY** | |
| | A PROFESSIONAL CORPORATION | |
| 4 | 1730 S El Camino Real, Suite 500 | |
| | San Mateo, CA 94402 | |
| 5 | Tel. (650) 989-5400 | |
| | Fax. (650) 989-5499 | |
| 6 | JVucinich@clappmoroney.com; | |
| 7 | kpark@clappmoroney.com | |

1 Kenny C. Park, Esq.
Jeffrey M. Vucinich, Esq.
2 **CLAPP,   MORONEY,   VUCINICH,
BEEMAN
3 and SCHELEY**
A PROFESSIONAL CORPORATION
4 1730 S El Camino Real, Suite 500
5 San Mateo, CA 94402
Tel. (650) 989-5400
6 Fax. (650) 989-5499
7 JVucinich@clappmoroney.com;
kpark@clappmoroney.com

**ATTORNEYS FOR DEFENDANT:
OFFICER JOHN RAMIREZ**

8 Nicole M. Cahill, Esq.
Van Longyear, Esq.
9 Ashley M. Calvillo, Essq.
**LONGYEAR & LAVRA, LLP**
10 555 University Avenue, Suite 280
Sacramento, CA  95825
11 Tel: (916) 974-8500
Fax: (916) 974-8510
12 longyear@longyearlaw.com
cahill@longyearlaw.com
13 calvillo@longyearlaw.com
gonzales@longyearlaw.com
14

**ATTORNEYS FOR DEFENDANT:
JOSHUA EVANS**

15 Chester E. Walls, Esq.
**Litigation Engineered**
16 1300 E. Shaw Avenue, Suite 125
Fresno, CA 93710
17 Mobile (559) 593-8707
Telephone (559) 221-2771  (Ext. 104)
18 Facsimile (559) 221-2775
cew@litg-engr.com;
19 drp@litg-engr.com

**ATTORNEY FOR DEFENDANT:
MATTHEW NUTT**

20
21
22
23
24
25
26
27
28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**DEFT CITY'S ANSWER TO PLAINTIFFS' COMPLAINT; JURY TRIAL DEMAND**